UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-23633-KMW

TERRY E. SEARS,

    Plaintiff,

vs.

MICHAEL A. BAKER, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 23) on Plaintiff's amended complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff filed objections to the Report. (DE 26.) Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 23) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's First Amendment retaliation claim shall **PROCEED** against all Defendants.

3. Plaintiff's Eighth Amendment claim for failure to protect shall **PROCEED** against Townsend, Marino, and Upshaw. The claim is **DISMISSED WITHOUT PREJUDICE** against Baker.

4. Plaintiff's Fourteenth Amendment claims for failure to return stolen property and failure to call witnesses are **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

5. Plaintiff's Fourteenth Amendment Equal Protection Claim is **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

6. Plaintiff's Eighth Amendment claim for deliberate indifference to medical needs is **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

7. Plaintiff's supervisory liability claims are **DISMISSED WITHOUT PREJUDICE.**

8. Plaintiff's motion for extension to serve Defendants (DE 29) is **GRANTED**. Pursuant to FRCP Rule 4(m), Plaintiff must serve Defendants with the summons and the Amended Complaint **and** file proper proof of service within **90 days** of the date of this order, **March 2, 2021**. Failure to timely serve Defendants may result in the dismissal of the case without prejudice.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:
Terry Eugene Sears
B-083117
Martin Correctional Institution
Inmate Mail / Parcels
1150 SW Allapattah Road
Indiantown, FL 34956